NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Richard P. Crane, Jr.
Suzanne M. Henry
Kirkpatrick & Lockhart LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, California 90067
(310) 552-5000

FILED
CLERK, U.S. DISTRICT COURT
MAR 12 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s)

v.

ADAMS BROS. FARMING, INC., et al.

Defendant(s)

CASE NUMBER: CV 00-7409 CAS (RNBx)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE: Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (formG-76), available on the court's website at www.cacd.uscourts.gov*

I, Barry M. Hartman, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of: ☐ Plaintiff ☒ Defendant: Adams Bros. Farming, Inc. by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Kirkpatrick & Lockhart LLP
Address: 1800 Massachusetts Avenue, N.W., 2nd Floor
Washington, DC 20036
Telephone number: 202-778-9338    Fax number: 202-778-9100

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Court of Appeals for the District of Columbia | 1979 |
| Supreme Court of Pennsylvania | 1984 #139193 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| | | |

DOCKETED ON CM
MAR 15 2004
BY _____ 007

MAR -9 2004
CLERK, U.S. DISTRICT COURT

G-64 (10/03)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 OF 2

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

SCANNED

I designate   Suzanne M. Henry   as local counsel, whose business information is as follows:

Firm Name: Kirkpatrick & Lockhart LLP
Address: 10100 Santa Monica Boulevard, Seventh Floor
Los Angeles, CA  90067

Telephone number: 310-552-5000     Fax number: 310-552-5001

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: 3/4/04

*Applicant Signature*

I hereby consent to the foregoing designation.
Date: 3/9/04

*Designee Signature*
204772
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
[X] Granted.
[ ] Denied and fee ordered returned.

Christina A. Snyder, by

Date: 3/10/04

UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

G-64 (10/03)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE          PAGE 1 OF 2