

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel. (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

May 3, 2005

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ✓

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450



FILED
CLERK, U.S. DISTRICT COURT
MAY 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

SUZANNE HENRY, ESQ.
MUSICK, PEELER & GARRETT, LLP
ONE WILSHIRE BLVD., SUITE 2000
LOS ANGELES, CA 90017-3383

Re:  Case Number: CV 00-7409-CAS(RNBx)

Case Title: UNITED STATES -V- ADAM BROS. FARMING, INC., ET AL

Dear Counsel:

Pursuant to the Local Rules of this Court, deposition transcripts are to be lodged with the Clerk's Office only if they are to be used as evidence at trial.

Our records indicate the above-referenced case has been closed and either the time for filing an appeal has expired and no appeal has been filed, or all post-appeal proceedings have terminated. Therefore, we are returning the original deposition of JOHN KARAMITSOS to you for retention.

Thank you for your attention to this matter. If you have any further questions, please contact our office by writing to the above address. Please attach a copy of this letter for reference.

Respectfully,

Clerk, U. S. District Court

By: Maynor Galvez
    Deputy Clerk
    ☒ Western   ☐ Eastern   ☐ Southern Division

DOCKETED ON CM
MAY 5 2005

Encls.

CV-102 (10/01)    LETTER RETURNING ORIGINAL DEPOSITION